## DUGGAN *v.* THE STATE.

FISH, J. 1. Under an indictment for assault with intent to rape there may be a verdict for a simple assault, if the evidence so authorizes.

2. It is discretionary with the presiding judge whether he will reopen a case after both sides have closed and argument has begun.

3. The evidence warranted the verdict.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted December 15, 1902. — Decided January 9, 1903.

Indictment for an assault with intent to rape. Before Judge Evans. Washington superior court. October 17, 1902.

*J. A. Robson*, for plaintiff in error.

*B. T. Rawlings, solicitor-general*, contra.